IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF  :  CASE NO.  3:20MJ006

SEALED DOCUMENT

MOTION TO SEAL APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Now comes the United States Attorney and moves this Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and the Court's inherent power to control papers filed with the Court, for a protective order sealing the Application, Search Warrant, Supporting Affidavit and Return until July 31, 2021.

In support of this Motion, the United States Attorney states:

1. A Search Warrant was issued on January 3, 2020.

2. That there is no Indictment or Information pending before any United States District Court which necessitates the disclosure of the Supporting Affidavit at this time.

3. Pursuant to Rule 12 of the Federal Rules of Criminal Procedure the proper time for moving to suppress evidence obtained pursuant to the search warrant is subsequent to the filing of an Indictment or Information and Arraignment thereon.  Therefore, no prejudice would be caused to any defendant or potential defendant by the granting of this motion.

4. That the disclosure of certain information and statements contained in said documents would hamper an ongoing criminal investigation.

WHEREFORE, the United States of America respectfully requests that the Application, Search Warrant, Supporting Affidavit and Return be sealed and kept from public inspection until July 31, 2021.

        Respectfully submitted,

        DAVID M. DEVILLERS
        United States Attorney


        s/Dwight K. Keller
        DWIGHT K. KELLER (0074533)
        Assistant United States Attorney
        Attorney for Plaintiff
        200 West Second Street
        Suite 600
        Dayton, Ohio 45402
        (937) 225-2910
        Fax: (937) 225-2564
        Dwight.Keller@usdoj.gov